JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS LASANCE,<br><br>                  Plaintiff,<br><br>                  v.<br><br>WARDEN, ET AL.,<br><br>                  Defendant(s). | Case No. 2:21-cv-6501-MCS (MAR)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated: January 7, 2022

_____
HONORABLE MARK C. SCARSI
United States District Judge